IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EPOCH COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-685 <br><br> Judge John J. Tharp, Jr. |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AGAINST DEFENDANT NOS. 10-18, 20-37, 39-40, 42-50, 52-59, 88, 142, 148-215 AND 217-230**

Plaintiff EPOCH COMPANY, LTD. hereby moves this Honorable Court for entry of a Preliminary Injunction against Defendant Nos. 10-18, 20-37, 39-40, 42-50, 52-59, 88, 142, 148-215 and 217-230. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on February 14, 2024 [Dkt. Nos. 31, 32] and extended on February 23, 2024, to March 13, 2024. [Dkt. Nos. 38, 39]. In support of its Motion, Plaintiff files the accompanying Memorandum of Law and Declaration of Michael A. Hierl.

Respectfully submitted,

Dated: March 8, 2024

By: s/Michael A. Hierl\_
Michael A. Hierl (Bar No. 3128021)
William B. Kalbac (Bar No. 6301771)
Robert P. McMurray (Bar No. 6324332)
Hughes Socol Piers Resnick & Dym, Ltd.
Three First National Plaza
70 W. Madison Street, Suite 4000
Chicago, Illinois 60602
(312) 580-0100 Telephone
mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com
Attorneys for Plaintiff
EPOCH COMPANY, LTD.

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in the Amended Schedule A and served on all counsel of record and interested parties via the CM/ECF system on March 8, 2024.

/s/ Michael A. Hierl
Michael A. Hierl